UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ERIC A. KLEIN, :

           Plaintiff, :      ORDER

      -against- :      09 Civ. 2630 (LTS)(KNF)

TALKIN, MUCCIGROSSO and ROBERTS, :
L.L.P.,
                                   :

           Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A pretrial conference was held with counsel to the defendant and plaintiff pro se on July 7, 2009. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

    1.    on or before July 28, 2009, the defendant shall serve and file its response to the plaintiff's motion, Docket Entry No. 11;

    2.    on or before August 18, 2009, the plaintiff shall serve and file any reply; and

    3.    discovery is stayed pending a further order of the Court.

Dated: New York, New York           SO ORDERED:
       July 8, 2009

                                                  KEVIN NATHANIEL FOX
Copies mailed to:                     UNITED STATES MAGISTRATE JUDGE

Eric A. Klein
Mark Muccigrosso, Esq.