UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ERIC A. KLEIN,  :

              Plaintiff,  :  ORDER

           -against-  :  09 Civ. 2630 (LTS)(KNF)

TALKIN, MUCCIGROSSO & ROBERTS, :
L.L.P.,
          :
              Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Inasmuch as the plaintiff's complaint has been dismissed by the assigned district judge, the motion reflected at entry No. 11, on the docket sheet maintained by the Clerk of Court for this action, is denied.

Dated: New York, New York
       December 7, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Eric A. Klein
Mark Muccigrosso, Esq.